**Law Offices of Stephen Abraham**
Stephen E. Abraham, Esq. (State Bar No. 172054)
stephen@abraham-lawoffices.com
1592 Pegasus Street
Newport Beach, California 92660
Telephone: (949) 878-8608
Facsimile: (714) 852-3366

Attorney for Defendants Balbir Singh Bhatti, B & S Haster, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ABACUC HERAS**, an individual,<br><br>*Plaintiff*,<br><br>v.<br><br>**BALBIR SINGH BHATTI**, an individual, dba ABC Liquor; **B & S HASTER, LLC**, a California limited liability company; and DOES 1-10, inclusive<br><br>*Defendant*. | Case No. 8:19-cv-01060-AG-ADS<br><br>**ERRATA – NOTICE OF WITHDRAWAL OF ECF DOC. 17**<br><br>Honorable Andrew J. Guilford<br><br>Ronald Reagan Federal Building and United States District Courthouse<br>411 West Fourth Street<br>Courtroom 10D<br>Santa Ana, CA 92701 |

Defendants, Balbir Singh Bhatti ("**Bhatti**") and B & S Haster, LLC ("**Haster**") (collectively "**Defendants**"), hereby notice and request withdrawal of ECF Document 17 and 17-1 filed in error.

Dated: July 3, 2019                    LAW OFFICES OF STEPHEN ABRAHAM


                                       By: _____/s/ Stephen E. Abraham_____
                                              Stephen E. Abraham
                                              Attorneys for Defendants

Stephen E. Abraham
LAW OFFICES
1592 Pegasus Street
Newport Beach, CA 92660
(949) 878-8608

Errata Doc 17                           1
ERRATA – WITHDRAWAL OF ECF 17

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action.  My business address is: 1592 Pegasus Street, Newport Beach, California 92660.

     On July 3, 2019, I served the foregoing document described as: **ERRATA – NOTICE OF WITHDRAWAl OF ECF DOC. 17** thereon on all interested parties in this action as follows:

Joseph R. Manning, Jr., Esq.          Representing Plaintiff
Michael J. Manning, Esq.
Craig G. Côté, Esq.
MANNING LAW, APC
20062 SW Birch Street, Ste. 200
Newport Beach, CA 92660

    [x]    **e-Filing pursuant to Court order**

Executed on July 3, 2019, at Newport Beach, California.

     I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

                              /s/ Stephen E. Abraham
                                 Stephen E. Abraham

Stephen E. Abraham
LAW OFFICES
1592 Pegasus Street
Newport Beach, CA
92660
(949) 878-8608

Errata Doc 17

PROOF OF SERVICE