UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No:   8:19–cv–01060–AG–ADS          Date:   7/1/2019

Title:  ABACUC HERAS V. BALBIR SINGH BHATTI ET AL

Present: The Honorable  ANDREW J. GUILFORD , U. S. District Judge

|  Melissa Kunig  | Miriam Baird |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| David Fitzgerald | No Appearances |

**Proceedings:** EARLY SCHEDULING CONFERENCE

Cause is called for hearing and counsel make their appearances. Court and counsel confer. The Court waives all Rule 16 and 26 requirements except for early disclosure requirements.

The Court sets the following dates:

Discovery Cutoff is April 7, 2020.

A Final Pretrial Conference is set for June 22, 2020 at 08:30 AM.

A Jury Trial is set for July 7, 2020 at 09:00 AM. Court sets the length of the trial at 3 days.

Scheduling Order Specifying Procedures is signed and filed this date.

The Court orders ADR Procedure No. 2, before the Court's mediation panel.

**cc: ADR**

0:03
Initials of Preparer:  mku