UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABACUC HERAS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BALBIR SINGH BHATTI, an individual, dba ABC Liquor; B & S HASTER, LLC, a California limited liability company; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: SA CV 19-1060-DMG (ADSx)<br><br>**ORDER RE DISMISSAL OF ACTION WITH PREJUDICE [32]** |

After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff Abacuc Heras ("Plaintiff") and Balbir Singh Bhatti and B&S Haster, LLC ("Defendant"), the Court hereby dismisses with prejudice the above-captioned action, in its entirety. Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: May 12, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE